FILED
MAR 31 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,** )
**Plaintiff,** )
)
**vs.** ) **CASE NO. 97-CR-164-C**
)
**RONALD WAYNE POLLARD,** )
**Defendant.** )

**RELEASE OF LIEN**

The United States of America by Stephen C. Lewis, United States Attorney for the Northern District of Oklahoma, through Loretta F. Radford, Assistant United States Attorney, states that on May 6, 1998, a Criminal Judgment was rendered against Ronald Wayne Pollard, in the amount of $600.00. A notice of lien based thereon was filed on May 20, 1998, Tulsa County, Oklahoma, in Book 6053 at Page 1741.

The United States of America does hereby release the lien filed on May 20, 1998,in Book 6053 at Page 1741 against Ronald Wayne Pollard.

DATED this 31st day of March, 1999.

UNITED STATES OF AMERICA

STEPHEN C. LEWIS
United States Attorney

LORETTA F. RADFORD, OBA #11158
Assistant United States Attorney
333 West 4th Street Ste 3460
Tulsa, Oklahoma 74103
(918) 581-7463

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the 31st day of March, 1999, a true and correct copy of the foregoing was mailed, postage prepaid thereon, to:

Ronald Wayne Pollard
1803 N. Main
Owasso, OK 74055

Janet M. Owen
Financial Litigation Agent